## Commonwealth, Appellant, *v.* Lewandowski.

Submitted April 12, 1973. *Carol Mary Los* and *Peter Foster,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Anthony V. DeCello,* and *DeCello, Bua & Manifesto,* for appellees.

Order affirmed.

WRIGHT, P. J., dissents.